# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ROBERT W. CLOUGH, II on behalf of himself and others similarly situated, | : : : |
| Plaintiff, | : Case No. 1:17-cv-00411-PB : |
| v. | : : CLASS ACTION COMPLAINT : |
| REVENUE FRONTIER, LLC, U.E.G., INC., SUPREME DATA CONNECTIONS, LLC, and WILLIAM ADOMANIS | : : : : : |
| Defendants. | : : / |

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE OF U.E.G., INC.

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Robert W. Clough, II ("Plaintiff") dismisses his claims against U.E.G., Inc. without prejudice as he has been unable to effect service upon U.E.G., Inc. The case continues as to the remaining defendants, counterclaim and cross claims.

PLAINTIFF ROBERT S. CLOUGH, II,
By his attorneys

*/s/ Edward A. Broderick*
Edward A. Broderick, *Pro Hac Vice*
Anthony I. Paronich
Broderick & Paronich, P.C.
99 High St., Suite 304
Boston, MA 02110
(617) 738-7080
ted@broderick-law.com

Roger B. Phillips, (Bar. No. 2018)
Phillips Law Office, PLLC
104 Pleasant Street
Concord, NH 03301
(603) 225-2767 (ph)

(603) 226-3581 (fax)
roger@phillipslawoffice.com

Alex M. Washkowitz
Jeremy Cohen
CW Law Group, P.C.
188 Oaks Road
Framingham, MA 01701
alex@cwlawgrouppc.com
*Pro Hac Vice*

## CERTIFICATE OF SERVICE

I, hereby certify that on June 1, 2018, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record.

/s/ *Edward A. Broderick*
Edward A. Broderick