**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| ROBERT W. CLOUGH, II on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REVENUE FRONTIER, LLC, SUPREME DATA CONNECTIONS, LLC, and WILLIAM ADOMANIS<br><br>Defendants | Case No. 1:17-cv-00411-PB<br><br>CLASS ACTION |

**Declaration of Alex M. Washkowitz in Support of Motion for Class Certification**

I, Alex M. Washkowitz, declare under penalty of perjury:

1. . I am an attorney duly admitted to practice in the Commonwealth of Massachusetts, I am over 18 years of age, am competent to testify and make this affidavit on personal knowledge. I make this declaration in support of Plaintiff's Motion for Class Certification to describe the work that I and my co-counsel have done in identifying and investigating potential claims in the action and to set forth my qualifications to serve as class counsel, and describe my experience in representing plaintiffs in cases brought under the 47 U.S.C. § 227, the Telephone Protection Act.

2. I was involved in every stage of representing Plaintiff in this case, from pre-trial investigation, analysis of Plaintiff's potential claims, and review of documents and discovery responses and working on motions in the case.

1

# EXHIBIT 20

## Qualification of Counsel

3.      I have experience in the prosecution of claims under the Telephone Consumer Protection Act, 47 U.S.C. §227. ("TCPA"). As a result of my experience litigating TCPA claims, I am well-aware of the significant time and resources needed to litigate such actions, and my firm possesses the resources necessary to prosecute these actions successfully. My firm keeps contemporaneous time records, and the rates for our attorneys and personnel are commensurate with my experience and are commensurate with market rates in Boston for attorneys with similar levels of experience.

4.      I am a 1999 graduate of Suffolk University Law School.  Following graduation from law school, I have been employed as a full time Federal Law Enforcement Officer with the United States Government.

5.      In August 2014, I co-founded the firm of CW Law Group, PC, focusing approximately one half of our practice on the representation of consumers for claims including the TCPA, and working with other more experienced firms in consumer class litigation.

SIGNED UNDER PENALTIES OF PERJURY THIS 1st DAY OF FEBRUARY 2019 IN THE COMMONWEALTH OF MASSACHUSETTS.

/s/ *Alex M. Washkowitz*
Alex M. Washkowitz