## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

ROBERT W. CLOUGH, II, on behalf of
himself and others similarly situated,

        Plaintiff,

  v.

REVENUE FRONTIER, LLC,
SUPREME DATA CONNECTIONS, LLC, and
WILLIAM ADOMANIS,

        Defendants.

Civil Action No. 1:17-cv-00411-PB

REVENUE FRONTIER, LLC,

     Cross-Claimant,

  v.

SUPREME DATA CONNECTIONS, LLC and
WILLIAM ADOMANIS,

     Cross-Defendants.

## THE PARTIES' SUBMISSION ON CLASS ADMINISTRATOR AND SCHEDULE FOR SETTLEMENT DEADLINES

Plaintiff Robert Clough and defendants Revenue Frontier, LLC, Supreme Data Connections, LLC and William Adomanis ( collectively "the Parties") make the following submission as ordered by the Court in its *Endorsed Order Re [125] Assented to Motion for Preliminary Approval of Class Action Settlement*, dated March 4, 2020. In its Endorsed Order, the Court directed the Parties to: ***1) meet and confer and agree on a proposed claims administrator; (2) inform the court of the identity and qualifications of the proposed claims administrator and the terms under which the administrator will serve and (3) provide the court with a joint proposed schedule specifying each date that***

*should be referenced in the court's order preliminarily approving the proposed settlement.*. The parties respond as follows:

1. The Parties have meet and conferred as directed, and agree that AB Data, Ltd. is qualified to administer the settlement of this action.

2. Attached hereto as Exhibit 1 is a declaration of Eric Schacter of AB Data, Ltd. setting forth AB Data's extensive experience administering class actions.  Mr. Schacter also sets forth the terms of AB Data's engagement for the administration.

3. A complete proposed Preliminary Approval Order is attached hereto, with dates inserted assuming entry of a preliminary approval order by Friday, March 27, 2020.  For ease of reference, the operative dates are as follows:

| | |
|---|---|
| **May 11, 2020** | Deadline for notice to be provided in accordance with the Class Action Settlement Agreement and Release ("Agreement") and this Order (Notice Deadline) |
| **June 10, 2020** | Deadline for filing of Plaintiff's Motion for Attorneys' Fees and Costs and Incentive Award |
| **August 10, 2020** | Deadline to file objections or submit requests for exclusion (Opt-Out and Objection Deadline) |
| **August 10, 2020** | Deadline for Settlement Class Members to Submit a Claim Form (Claim Period) |
| **August 20, 2020**<br>[100 days after the Notice deadline] | Deadline to File Motion for Final Approval |
| **August 17, 2020**<br>[7 Days After the Opt Out Deadline] | Deadline for Settlement Administrator to Provide Class Counsel with Proof of Class Notice, Identifying the Number of Requests for Exclusion, and Number of Claims Received |
| **August 28, 2020**<br>[10 Days Prior to Final Approval Hearing] | Class Counsel Shall File with the Court One or More Declarations Stating that They Have Complied with Their CAFA Notice Obligations |
| **September 9, 2020, 2020 at 2p.m.**<br>[Or any date convenient for the Court after September 9, 2020] | Final Approval Hearing |

Dated: March 18, 2020                          Respectfully submitted,

                                               */s/ Edward A. Broderick*
                                               Edward A. Broderick, *Appearing Pro Hac Vice*
                                               Broderick Law, P.C.
                                               99 High St., Suite 304
                                               Boston, MA 02110
                                               (617) 680-0049
                                               ted@broderick-law.com

                                               Roger B. Phillips, (Bar. No.2018)
                                               Phillips Law Office, PLLC
                                               104 Pleasant Street
                                               Concord, NH 03301
                                               (603) 225-2767 (ph)
                                               (603) 226-3581 (fax)
                                               roger@phillipslawoffice.com

                                               Matthew P. McCue, *Appearing Pro Hac Vice*
                                               The Law Office of Matthew P. McCue
                                               1 South Avenue, Suite 3
                                               Natick, Massachusetts 01760
                                               (508) 655-1415
                                               mmccue@massattorneys.net

                                               Alex M. Washkowitz, *Appearing Pro Hac Vice*
                                               CW Law Group, P.C.
                                               188 Oaks Road
                                               Framingham, MA 01701
                                               alex@cwlawgrouppc.com

                                               *Attorneys for Plaintiff Robert W. Clough, II*

                                               /s/ Ari N. Rothman
                                               Ari N. Rothman (*pro hac vice*)
                                               Daniel S. Blynn (*pro hac vice*)
                                               Shahin O. Rothermel (*pro hac vice*)
                                               Justin B. Nemeroff (*pro hac vice*)
                                               VENABLE LLP
                                               600 Massachusetts Avenue, NW
                                               Washington, DC 20001
                                               Telephone: (202) 344-4000
                                               Facsimile: (202) 344-8300

anrothman@venable.com
dsblynn@venable.com
sorothermel@venable.com
jbnemeroff@venable.com

Arnold Rosenblatt (NH Bar #2879)
Cook Little Rosenblatt & Manson PLLC
1000 Elm Street, 20th Floor
Manchester, NH  03101
Telephone: (603) 621-7100
a.rosenblatt@clrm.com

*Attorneys for Defendant Revenue Frontier, LLC*

*/s/ William Adomanis*
William Adomanis individually and
for Supreme Data Connections, LLC
7116 Pine Bluff Dr
Lake Worth, FL 33467

*Individually and for Supreme Data Connections, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically served the foregoing, on all counsel of record via the Court's CM/ECF system, pursuant to Fed. R. Civ. P. 5(b)(2)(E) and via email to William Adomanis and Supreme Data Connections, LLC.

Dated:  March 18, 2020                    */s/ Edward A. Broderick*
                                          Edward A. Broderick