UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ROBERT W. CLOUGH, II., individually and on behalf of all persons and entities similarly situated, | )<br>)<br>) Case No. 1:17-cv-00411-PB<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| REVENUE FRONTIER, LLC, SUPREME DATA CONNECTIONS, LLC and WILLIAM ADOMANIS, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**DECLARATION OF ERIC NORDSKOG RE: NOTICE PROCEDURES**

I, Eric Nordskog, declare as follows:

1. I am a Project Manager of A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"), whose Corporate Office is located in Milwaukee, Wisconsin. A.B. Data was appointed as the Settlement Administrator in this matter and is not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

**CAFA Notification**

2. In compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, A.B. Data compiled a CD-ROM containing the following documents: Class Action Complaint, First Amended Class Action Complaint, Second Amended Class Action Complaint, Revised Second Amended Class Action Complaint, Class Action Settlement Agreement and Release, Claim Form, Proposed Final Approval Order, Proposed Final Judgment Order, Mail Notice, Long Form Notice, Proposed Preliminary Approval Order, Approximate Class Breakdown by State, and a cover letter (collectively, the "CAFA Notice Packet"). A copy of the cover letter is attached hereto as Exhibit A.

1

3.  On March 9, 2020, A.B. Data caused sixty-one (61) CAFA Notice Packets to be mailed via Priority Mail from the U.S. Post Office in Milwaukee, Wisconsin to the persons listed in Exhibit B, *i.e.*, the U.S. Attorney General, the Attorneys General of each of the 50 States and the District of Columbia, and the Attorneys General of the U.S. Territories.

### Class List

4.  On or around March 2, 2020, A.B. Data received an electronic data file from Defendant's Counsel containing 18,938 lines of non-deduped data, which included phone numbers of potential Settlement Class Members (the "Class List").

5.  A.B. Data facilitated, through a third-party information provider, reverse directory searches of the 18,938 telephone numbers on the Class List, which provided names and addresses for 16,977 records. A.B. Data then created a list of the 16,977 unique names and mailing addresses of Class Members (the "Mailing List").

6.  A.B. Data then processed the Mailing List through the United States Postal Service's (USPS) National Change of Address Database ("NCOA") to standardize the format of the addresses and to update the mailing addresses with any moves registered with the USPS.

### Mailed Notice

7.  On May 11, 2020, A.B. Data caused the Court-approved mailed Settlement Notice ("Mail Notice") to be printed and mailed to the 16,977 names and mailing addresses on the Mailing List. A true and correct copy of the Mail Notice is attached hereto as Exhibit C.

8.  Since sending the Mail Notices to the Settlement Class Members, A.B. Data has received 2,161 Mail Notices returned by the USPS with undeliverable addresses. Through credit-bureau and/or other public-source databases, A.B. Data performed address searches for these undeliverable Mail Notices and was able to find updated addresses for 1,076 Settlement Class Members. Following the remailing of Mail Notices, 161 were returned once again as undeliverable.

9.  Altogether, individual notice was successfully sent to 15,731 Settlement Class Members (in excess of 83%) without a returned notice being received. There are 3,207 Settlement Class Members (less than 17%) for whom new mailing addresses have not been found.

### Case Website

10. On or around May 11, 2020, A.B. Data established a website, www.TaxDebtTextTcpa.com, dedicated to this matter to provide information to the Settlement Class Members and to answer frequently asked questions. The website URL was set forth in the Mail Notice and Claim Form. Visitors to the website could submit claims online and download copies of the Long Form Notice, the Claim Form, and other case-related documents.

### Toll-Free Telephone Number

11. On or around May 11, 2020, A.B. Data established a toll-free telephone number dedicated to answering telephone inquiries from Settlement Class Members. To date, A.B. Data has received and/or returned a total of 229 calls.

### Claim Forms

12. Claim Forms were only required to be submitted by Settlement Class Members whose names were not on the Class List and thus were not mailed a Notice. The deadline for Settlement Class Members to submit a Claim Form was August 10, 2020. To date, A.B. Data has received a total of 33 claims. These 33 Claim Forms submitted are not eligible for a Cash Award, as 6 of the claims were unnecessarily submitted by Settlement Class Members on the Class List who were successfully mailed a Notice, and the other 27 claims did not include a phone number that matched a phone number on the Class List.

### Requests for Exclusion from Class

13. The deadline for Settlement Class Members to request to be excluded from the Class was August 10, 2020. To date, A.B. Data has not received any requests for exclusion.

### Objections to the Settlement

14. The deadline for Settlement Class Members to object to the Settlement was August 10, 2020. To date, A.B. Data has not received any objections to the Settlement.

### Fund Distribution

15. A.B Data has preliminarily calculated the payment amount for each eligible Settlement Class Member. These calculations are based on the assumptions that the gross Settlement amount is $2,100,000.00 and from that amount, deductions are made for (a) attorneys'

fees ($700,000.00); (b) attorneys' costs ($50,894.49); (c) named plaintiff award ($25,000.00); and (d) administration costs ($83,000.00). The remaining amount ($1,241,105.51) (the "Net Settlement Fund") will be distributed on a *pro rata* basis to eligible Settlement Class Members, each of whom is estimated to receive a payment of $78.88.

I declare under penalty of perjury under the laws of the State of Wisconsin that the foregoing is true and correct.

Executed this 13th day of August 2020 at Milwaukee, Wisconsin.

_____
Eric Nordskog

# EXHIBIT A

**A.B. DATA, LTD.**
Class Action Administration



March 9, 2020

via USPS Priority Mail

**Re:** *Robert W. Clough, II., et al. v. Revenue Frontier, LLC, et al.,* **No. 1:17-cv-00411-PB (D. N.H.)**
**28 U.S.C. § 1715(b) Notification**

Dear Sir or Madam:

Settlement Administrator A.B. Data, Ltd., on behalf of the Defendant in the above-referenced action (the "Action"), provides the notice as specified in the Class Action Fairness Act of 2005, 28 U.S.C. § 1715(b).

The Action is pending before U.S. District Court Judge Paul Barbadoro in the United States District Court for the District of New Hampshire. On February 28, 2020, counsel for the Plaintiff filed a motion for preliminary approval of a Class Action Settlement Agreement (the "Settlement Agreement"). The Court has not yet preliminarily approved the Settlement Agreement or set a hearing date for final approval of the Settlement Agreement.

Please find enclosed a CD containing certain documents and information in ".pdf" format, as required by the Class Action Fairness Act. These include the following enclosures:

1. The Class Action Complaint, filed on September 13, 2017;
2. The First Amended Class Action Complaint, filed on December 1, 2017;
3. The Second Amended Class Action Complaint, filed on December 27, 2018;
4. The Revised Second Amended Class Action Complaint, filed on January 9, 2019;
5. The Settlement Agreement, executed on February 28, 2020;
6. The Claim Form, Exhibit 1 of the Settlement Agreement;
7. The (Proposed) Final Approval Order, Exhibit 2 of the Settlement Agreement;
8. The (Proposed) Final Judgment Order, Exhibit 3 of the Settlement Agreement;
9. The Postcard Notice, Exhibit 4 of the Settlement Agreement;
10. The (Proposed) Preliminary Approval Order, Exhibit 5 of the Settlement Agreement;
11. The Long Form Notice, Exhibit 6 of the Settlement Agreement; and

Also included on the CD is a list containing the estimated number of class members residing in each state and the estimated proportionate share of the claims by state to the entire Settlement.

There are no contemporaneous agreements between Class Counsel and Defendant's Counsel in conjunction with the proposed Settlement other than the enclosed Settlement Agreement.

At this time, there has been no final judgment or notice of dismissal, and there are no written judicial opinions relating to the Settlement Agreement.

The foregoing information is provided based upon what is currently available to date and the status of the proceedings at the time of the submission of this notice.

Sincerely,

A.B. Data, Ltd.
Settlement Administrator on behalf of Defendant

# EXHIBIT B

| Office | Name | Street Address 1 | Street Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| United States Attorney General | William Barr | US Department of Justice | 950 Pennsylvania Ave, NW | Washington | DC | 20530-0001 |
| Office of the Alabama Attorney General | Steve Marchall | 501 Washington Avenue | | Montgomery | AL | 36130 |
| Office of the Alaska Attorney General | Kevin Clarkson | PO Box 110300 | Diamond Courthouse | Juneau | AK | 99811-0300 |
| Office of the American Samoa Attorney General | Talauega Eleasalo V. Ale | American Samoa Gov't, Exec. Ofc. Bldg | Utulei, Territory of American Samoa | Pago Pago | AS | 96799 |
| Office of the Arizona Attorney General | Mark Brnovich | 2005 N CENTRAL AVE | | Phoenix | AZ | 85004-1592 |
| Office of the Arkansas Attorney General | Leslie Rutledge | 323 Center St. | Ste. 200 | Little Rock | AR | 72201-2610 |
| Office of the California Attorney General | Xavier Becerra | 1300 I St. | Ste. 1740 | Sacramento | CA | 95814 |
| Office of the Colorado Attorney General | Phil Weiser | Ralph Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| Office of the Connecticut Attorney General | William Tong | 55 Elm St. | | Hartford | CT | 06141-0120 |
| Office of the Delaware Attorney General | Kathy Jennings | Carvel State Office Bldg. | 820 N. French St. | Wilmington | DE | 19801 |
| Office of the District of Columbia Attorney General | Karl A. Racine | 441 4th Street, NW | Ste. 1100S | Washington | DC | 20001 |
| Office of the Florida Attorney General | Ashley Moody | The Capitol | PL 01 | Tallahassee | FL | 32399-1050 |
| Office of the Georgia Attorney General | Chris Carr | 40 Capitol Square, SW | | Atlanta | GA | 30334-1300 |
| Office of the Guam Attorney General | Leevin T. Camacho | ITC Building | 590 S Marine Corps Dr, Ste. 706 | Tamuning | Guam | 96913 |
| Office of the Hawaii Attorney General | Clare E. Connors | 425 Queen St | | Honolulu | HI | 96813 |
| Office of the Idaho Attorney General | Lawrence Wasden | Statehouse | | Boise | ID | 83720-1000 |
| Office of the Illinois Attorney General | Kwame Raoul | James R. Thompson Ctr. | 100 W. Randolph St. | Chicago | IL | 60601 |
| Office of the Indiana Attorney General | Curtis T. Hill, Jr. | Indiana Government Center South - 5th Floor | 302 W. Washington St. | Indianapolis | IN | 46204 |
| Office of the Iowa Attorney General | Tom Miller | Hoover State Office Bldg. | 1305 E. Walnut | Des Moines | IA | 50319 |
| Office of the Kansas Attorney General | Derek Schmidt | 120 S.W. 10th Ave | 2nd Fl | Topeka | KS | 66612-1597 |
| Office of the Kentucky Attorney General | Andy Beshear | 700 Capitol Avenue | Capitol Building, Ste. 118 | Frankfort | KY | 40601 |
| Office of the Louisiana Attorney General | Jeff Landry | PO Box 94095 | | Baton Rouge | LA | 70804-4095 |
| Office of the Maine Attorney General | Aaron Frey | State House Station 6 | | Augusta | ME | 04333 |
| Office of the Maryland Attorney General | Brian Frosh | 200 St. Paul Place | | Baltimore | MD | 21202-2202 |
| Office of the Massachusetts Attorney General | Maura Healey | 1 Ashburton Place | | Boston | MA | 02108-1698 |
| Office of the Michigan Attorney General | Dana Nessel | PO Box 30212 | 525 W Ottawa St. | Lansing | MI | 48909-0212 |
| Office of the Minnesota Attorney General | Keith Ellison | State Capitol | Ste. 102 | St. Paul | MN | 55155 |
| Office of the Mississippi Attorney General | Jim Hood | Department of Justice | PO Box 220 | Jackson | MS | 39205 |
| Office of the Missouri Attorney General | Eric Schmitt | Supreme Ct. Bldg | 207 W. High St. | Jefferson City | MO | 65101 |
| Office of the Montana Attorney General | Tim Fox | Justice Bldg. | 215 N. Sanders | Helena | MT | 59620-1401 |
| Office of the Nebraska Attorney General | Doug Peterson | State Capitol | PO Box 98920 | Lincoln | NE | 68509-8920 |
| Office of the Nevada Attorney General | Aaron Ford | Old Supreme Ct. Bldg. | 100 N. Carson St | Carson City | NV | 89701 |
| Office of the New Hampshire Attorney General | Gordon MacDonald | 33 Capitol St | | Concord | NH | 03301-6397 |
| Office of the New Jersey Attorney General | Gurbir S. Grewal | Richard J. Hughes Justice Complex | 25 Market St. | Trenton | NJ | 08625 |
| Office of the New Mexico Attorney General | Hector Balderas | PO Drawer 1508 | | Santa Fe | NM | 87504-1508 |
| Office of the New York Attorney General | Letitia A. James | Dept. of Law - The Capitol | 2nd fl. | Albany | NY | 12224 |
| Office of the North Carolina Attorney General | Josh Stein | Dept. of Justice | PO Box 629 | Raleigh | NC | 27602-0629 |
| Office of the North Dakota Attorney General | Wayne Stenehjem | State Capitol | 600 E. Boulevard Ave. | Bismark | ND | 58505 |
| Office of the Northern Mariana Islands (Acting) Attorney General | Edward Manibusan | Administration Building | PO Box 10007 | Saipan | MP | 96950 |
| Office of the Ohio Attorney General | Dave Yost | State Office Tower | 30 E. Broad St. | Columbus | OH | 43266-0410 |
| Office of the Oklahoma Attorney General | Mike Hunter | 313 NE 21st Street | | Oklahoma City | OK | 73105 |
| Office of the Oregon Attorney General | Ellen F. Rosenblum | Justice Bldg | 1162 Court St. | Salem | OR | 97301 |
| Office of the Pennsylvania Attorney General | Josh Shapiro | 1600 Strawberry Square | | Harrisburg | PA | 17120 |
| Office of the Puerto Rico Attorney General | Dennise Longo Quinones | PO Box 902192 | | San Juan | PR | 00902-0192 |
| Office of the Rhode Island Attorney General | Peter Neronha | 150 S. Main St. | | Providence | RI | 02903 |
| Office of the South Carolina Attorney General | Alan Wilson | Rembert C. Dennis Office Bldg | PO Box 11549 | Columbia | SC | 29211-1549 |
| Office of the South Dakota Attorney General | Jason Ravnsborg | 1302 East Highway 14 | Suite 1 | Pierre | SD | 57501-8501 |
| Office of the Tennessee Attorney General | Herbert H. Slatery III | 425 5th Ave. North | | Nashville | TN | 37243 |
| Office of the Texas Attorney General | Ken Paxton | Capitol Station | PO Box 12548 | Austin | TX | 78711-2548 |
| Office of the Utah Attorney General | Sean Reyes | 350 North State Street | Suite 230 | Salt Lake City | UT | 84114 |
| Office of the Vermont Attorney General | TJ Donovan | 109 State St. | | Montpelier | VT | 05609-1001 |
| Office of the Virgin Islands Attorney General | Denise George-Counts | Dept. of Justice | G.E.R.S. Complex 488-50C Kronprinsd | St. Thomas | VI | 00802 |
| Office of the Virginia Attorney General | Mark Herring | 900 East Main Street | | Richmond | VA | 23219 |
| Office of the Washington Attorney General | Bob Ferguson | 1125 Washington Street SE | PO Box 40100 | Olympia | WA | 98504-0100 |
| Office of the West Virginia Attorney General | Patrick Morrisey | State Capitol | 1900 Kanawha Blvd. E | Charleston | WV | 25305 |
| Office of the Wisconsin Attorney General | Josh Kaul | State Capitol, Rm 114 East | PO Box 7857 | Madison | WI | 53707-7857 |
| Office of the Wyoming Attorney General | Bridget Hill | State Capitol Bldg. | | Cheyenne | WY | 82002 |
| Yap State Office of the Attorney General | Jonathan M. Tun | PO Box 435 | | Colonia | Yap, FSM | 96943 |
| Office of the Chuuk Attorney General | Sabino Asor | PO Box 1050 | | Weno | Chuuck, FM | 96942 |
| Office of the Kosrae Attorney General | Jeffrey S. Tilfas | PO Box 870 | | Tofol | Kosrae, FSM | 96944 |
| Office of the Pohnpei Attorney General | Dana Wesley Smith | PO Box PS-105 | | | Pohnpie, FSM | 96941 |

# EXHIBIT C

**LEGAL NOTICE**

*Robert W. Clough, II v. Revenue Frontier, LLC, et al.,*
**No. 1:17-cv-00411-PB (D. NH)**

A class action settlement has been proposed in this lawsuit pending in the U.S. District Court for the District of New Hampshire ("Court").

This case claims that Supreme Data Connections, LLC and its principal, William Adomanis, violated the Telephone Consumer Protection Act by causing text messages to be sent to cell phones advertising tax relief services using an automatic telephone dialing system, and that Revenue Frontier is vicariously liable for the calls. Defendants deny they did anything wrong.

Who Is Included? If you received this notice, records in the case indicate that you are a member of the Settlement Class, which includes: "(1) All persons in the United States who are the users or subscribers of the approximately 18,937 cellular telephones identified in Anya Verkhovskaya's report, [the expert witness retained by plaintiff] (2) to which cellular telephone numbers a text message was sent (3) using the SDC Messaging Application, employing the Sendroid software (4) within four years of the filing of the complaint."

Please do not call the Judge or the Clerk of the Court.
They cannot give you advice on your options.

**PLEASE READ THIS NOTICE**

Tax Relief Text TCPA Settlement
Settlement Administrator
c/o A.B. Data, Ltd.
P.O. Box 173026
Milwaukee, WI 53217

First-Class
Mail
US Postage
Paid
Permit #__

[NoticeID Barcode]
Postal Service: Please do not mark barcode

NoticeID ########
«First1» «Last1»
«CO»
«Addr2»
«Addr1»
«City», «St»  «Zip»
«Country»

**Summary of the Settlement:** Revenue Frontier and W4, LLC have agreed to establish a Settlement Fund of $2,100,000 to pay Class Members (including certain members who make valid and timely claims); pay any incentive award to the class representative, Mr. Clough; pay attorneys' fees and costs; and pay settlement notice and administration costs. The Court has preliminarily approved this Settlement. Plaintiff will request up to $25,000 as an incentive award, and up to $700,000 in attorneys' fees, plus costs of $50,894.49. Any remaining monies from uncashed settlement checks may be redistributed or paid to the National Consumer Law Center or other non-profit organization. This is a summary notice only; additional details can be found at www.TaxDebtTextTCPA.com or by calling 1-877-829-4146.

**Can I Get Money from the Settlement?** Yes, if you received this notice by postal mail, you do not need to do anything to receive a *pro rata* cash award, the amount of which depends on how many people make approved claims. Class Members who received texts on more than one cell phone may submit one claim per cell number. Class Counsel estimate that the amount of the cash award may be about $50 to $60. If you did not receive this notice by postal mail, then you need to complete a claim form available at www.TaxDebtTextTCPA.com so that the class action administrator can determine whether you are eligible to receive a cash payment**.**

**Do I Have a Lawyer?** Yes. The Court appointed attorneys with Phillips Law Office, PLLC, Broderick Law, P.C., The Law Office of Matthew P. McCue, and CW Law Group, P.C. as Class Counsel. The lawyers will be paid from the Settlement Fund. You may enter an appearance in the case through your own attorney if you so desire.

**What Should I Do?** Class Members have three options: **(1) Do Nothing** If you received this notice via mail, you are automatically entitled to a share of the Settlement Fund and a check will be mailed to you by the Settlement Administrator. If the Settlement is approved, you will not have the right to sue separately for damages of $500 per text, or $1,500 per text made willfully. **(2) Remain a Class Member but object** to the Settlement. Instructions for objecting are available at www.TaxDebtTextTCPA.com. Objections and supporting documents must be sent to Class Counsel and Defense Counsel and filed with the Court by August 10, 2020. You may pay for and be represented by a lawyer who may send the objection for you. **(3) Exclude yourself** from the Settlement Class by mailing a request to the Settlement Administrator (not the Court). You must state in writing your name, address, the cell number at which Supreme Data or Mr. Adomanis texted you, and that you want to be excluded from this Settlement. Exclusions must be signed and postmarked no later than August 10, 2020.

**Scheduled Hearing**: The judge scheduled a hearing for September 9, 2020, at 2:00 p.m., in Courtroom 4 of the U.S. District Court, District of New Hampshire, 55 Pleasant St., Concord, NH 03301, regarding whether to give final approval to the Settlement, including the amounts of any attorneys' fees, costs, and Class Representative award. The hearing may be changed without notice. **It is not necessary for you to appear at this hearing, but you may attend at your own expense.**

**For more information:** Visit: www.TaxDebtTextTCPA.com; Call: 1-877-829-4146; or write to: Tax Relief Text TCPA Settlement, Settlement Administrator, c/o A.B. Data, Ltd., P.O. Box 173026, Milwaukee, WI 53217.