**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>Robert W. Clough, II</u>,
individually and on behalf of
a class of all persons and
entities similarly situated

    v.   Case No. 17-cv-411-PB

<u>Revenue Frontier, LLC et al.</u>

**<u>FINAL JUDGMENT</u>**

This action having settled pursuant to the Settlement Agreement and Release (the "Settlement Agreement") and the court having entered a Final Approval Order, it is hereby ordered, adjudged and decreed that:

1. Unless otherwise defined, all capitalized terms in this judgment shall have the same meaning as they do in the Settlement Agreement.

2. All of Plaintiff's and Settlement Class Members' claims in this litigation that are released claims against any released persons are hereby dismissed on the merits and with prejudice, without fees (including attorneys' fees) or costs to any party except as otherwise provided in the Final Approval Order.

    a. "Plaintiff" means Robert W. Clough, II.

    b. "Settlement Class Members" are members of the "Settlement Class," which consists of the following:

         (1) All persons in the United States who are the users or subscribers of the approximately 18,937 cellular telephones identified in Anya Verkovshkaya's report (2) to which cellular telephone numbers a text message was sent (3) using the SDC Messaging Application, employing the Sendroid software (4) within four years of the filing of the complaint.

    a. "Revenue Frontier" means Revenue Frontier, LLC.

    b. "Supreme Data" means Supreme Data Connections, LLC.

    c. "Adomanis" means William Adomanis.

    d. "W4" means W4, LLC.

    e. "U.E.G." means U.E.G. Incorporated.

3. All releasing persons have released the released claims as against the released persons, and are, from this day forward, hereby permanently barred from filing, commencing, prosecuting, intervening in, or participating in (as class members or otherwise) any action in any jurisdiction based on any of the released claims.

4. This court shall retain jurisdiction over the construction, interpretation, consummation, implementation, and enforcement of the Settlement Agreement and the releases contained therein, including jurisdiction to enter such further orders as may be necessary or appropriate to administer and implement the terms and provisions of the Settlement Agreement.

5.  Settlement Class Members shall promptly dismiss with prejudice all released claims against any released persons brought in any jurisdiction.

**SO ORDERED.**

/s/ Paul J. Barbadoro
Paul J. Barbadoro
United States District Judge

September 10, 2020

cc: Alex M. Washkowitz, Esq.
Edward A. Broderick, Esq.
Jeremy A. Cohen, Esq.
Matthew P. McCue, Esq.
Roger B. Phillips, Esq.
Ari N. Rothman, Esq.
Daniel S. Blynn, Esq.
Justin B. Nemeroff, Esq.
Shahin O. Rothermel, Esq.
Arnold Rosenblatt, Esq.
Kathleen M. Mahan, Esq.
William Adomanis, pro se