```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Robert W. Clough, II,
individually and on behalf of
a class of all persons and
entities similarly situated         Case No. 17-cv-411-PB

    v.

Revenue Frontier, LLC et al.

## JUDGMENT

In accordance with the following, judgment is hereby entered:

1. Final Order Approving Class Action Settlement, Dismissal of Claims and Entry of Final Judgment and Motion for Attorneys' Fees by Judge Paul J. Barbadoro dated September 10, 2020; and

2. Final Judgment by Judge Paul J. Barbadoro dated September 10, 2020.

                                              By the Court:

                                              Daniel J. Lynch
                                              Clerk of Court

Date: September 10, 2020

cc: Counsel of Record